**Order entered December 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01003-CV

### LAVON SPECIAL UTILITY DISTRICT, Appellant

### V.

### TIERONE CONVERGED NETWORKS, INC., Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05006-2014**

## ORDER

We **GRANT** appellant's December 9, 2015 second unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than January 11, 2016.

/s/    CRAIG STODDART
        JUSTICE